# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. José R. Almonte |
| v. | : | Mag. No. 22-16079 |
| BASHIMI BRISCOE | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Jenny Chung, Assistant United States Attorney), and defendant Bashimi Briscoe (by Candace Hom, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including November 30, 2022, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his pursuant to Title 18, United States Code, Section 3161(b); and this being the second request for a continuance in this matter; and Defendant, through Defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1)  Plea negotiations are currently in progress, and both the United States and Defendant seek additional time to achieve successful resolution of

those negotiations, which would render trial of this matter unnecessary, and to allow consideration by the court of a proposed plea agreement entered into by Defendant and the United States;

(2) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this 21st day of September, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including November 30, 2022; and it is further

ORDERED that the period from the date this Order is signed through and including November 30, 2022 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JOSÉ R. ALMONTE
United States Magistrate Judge

Form and entry consented to:

_____
Jenny Chung, Assistant United States Attorney

s/ Lauren Repole
_____
Lauren Repole, Assistant United States Attorney
Chief, General Crimes Unit

/s/Candace Hom
_____
Candace Hom, Counsel for Defendant